**JACOBS VEHICLE EQUIPMENT CO.,**
Plaintiff/Counterclaim Defendant–
Cross Appellant,

and

**Danaher Corporation, Counterclaim Defendant–Cross Appellant,**

v.

**PACIFIC DIESEL BRAKE COMPANY**
and Sharlamen Holdings, Ltd.,
Defendants–Appellants,

and

**Jenara Enterprises, Ltd.,**
Defendant/Counterclaimant–Appellant.

Nos. 2012–1193, 2012–1194.

United States Court of Appeals,
Federal Circuit.

Jan. 16, 2013.

Patrick J. Coyne, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Washington, DC, argued for plaintiff/counterclaim defendant-cross appellants. Of counsel on the brief were Christopher B. Mead, London and Mead, of Washington, DC, and Mark L. Austrian, Kelley Drye & Warren, LLP, of Washington, DC.

Joseph W. Berenato, III, Berenato & White, LLC, of Bethesda, MD, argued for defendants appellants/counterclaimant appellant. With him on the brief was David S. Taylor. Of counsel was Matthew Stavish,

RADER, Chief Judge, DYK, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**